JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-09474-KK-ASx | Date: | November 26, 2025 |
| Title: | *Homero Garcia v. Kristi Noem et al.* | | |

Present: The Honorable **KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE**

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order GRANTING Petitioner's Motion for Voluntary Dismissal [Dkt. 17] and DISMISSING the Instant Action as MOOT**

The Court is in receipt of Petitioner's "Motion for Voluntarily [sic] Dismissal of Petition for Writ of Habeas Corpus" ("Motion") which states that "his request for bond redetermination has been adjudicated on the merits" and seeks dismissal of this matter as moot.  Dkt. 17.  Petitioner's Motion is **GRANTED** and this matter is hereby **DISMISSED as MOOT**.  Additionally, the Court's November 17, 2025 Order to Show Cause, Dkt. 16, is **DISCHARGED**.

**IT IS SO ORDERED.**  (JS-6)